Mark E. Smith
Smith McKenzie Rothwell
  & Barlow, P.S.
500 Union Street, Ste. 700
Seattle, WA  98101
206-224-9900

marks@smrblaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH AND WELFARE TRUST, et al., | MS NO. 05-75<br>NO. C04-1512C |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v. | |
| GBC INC. CONTRACTORS, Contractor's Registration No. GBCINC*044JR, | |
| Defendant. | |

The Plaintiffs, through their attorneys, having filed a Motion and Declaration for an Order directing Anthony R. Grose of GBC Inc. Contractors to appear and show cause, if any he may have, why he should not be adjudged in contempt of this Court for his failure to comply with the Order dated April 29, 2005, requiring Answers to Written Interrogatories within 30 days from the date of service,

ORDER TO SHOW CAUSE - 1

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5000 055 gj111911 11/10/05



NOW, THEREFORE, it is hereby ordered that ANTHONY R. GROSE be and hereby is required to appear before the undersigned U.S. Magistrate Judge, U. S. District Court, Room Number 12A, 700 Stewart Street, Seattle, Washington 98101 on the 13th day of January 2006, at 10:00 a.m., to show cause if any there may be, why he should not be adjudged in contempt of Court for his failure to comply with the aforementioned Order requiring him to answer written interrogatories.

IT IS FURTHER ORDERED that the said Defendant shall pay Plaintiffs reasonable expenses incurred in obtaining this Order, including a reasonable attorney's fee in the sum of $140, which is to be paid within ten (10) days from the date of this Order.

DATED at Seattle, Washington this 10th day of November, 2005.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

Presented by:

_____
Mark E. Smith, WSBA #30924
SMITH McKENZIE ROTHWELL
  & BARLOW, P.S.
Attorneys for Plaintiffs

ORDER TO SHOW CAUSE - 2

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5000 055 gj111911 11/10/05